# United States District Court
Western District of Michigan
Southern Division

**American Honda Finance Corporation**,
a California corporation,

    Plaintiff

v

**Fast Lane Powersports, Inc.**,
a Michigan corporation, and

**Jeffrey Giles**,
an individual,

    Jointly and Severally,

    Defendants.

Case No. 1:20-cv-245

Honorable Hala Y. Jarbou

## Plaintiff's Motion for Entry of Default Against Defendant Jeffrey Giles

In accordance with Fed. R. Civ. P. 55(a), Plaintiff American Honda Finance Corporation (***AHFC***) requests that a default be entered against Defendant Jeffrey Giles (***Giles***) for failure to plead or otherwise defend. In support, AHFC states as follows:

    1.    On September 18, 2020, this Court entered its Order granting AHFC's Verified Ex Parte Motion to Serve Giles by Alternate Service (***Order Granting Alternate Service***), authorizing alternate service of process on Giles by publication and email. (*See* ECF No. 16, PageID.209.)

    2.    Alternate Service of Process on Giles was effectuated on November 25, 2020, the last date of publication. (*See* Proof of Alternate Service on Giles, ECF No. 21, PageID.249–PageID.350.)

3. Pursuant to the Order Granting Alternate Service, upon service of process, "Giles was required to answer or take other action in response to the complaint within 28 days of the last date of action required under [the Alternate Service] Order." (*See* ECF No. 16, PageID.210.)

4. Giles was required to answer or take other action in response to the complaint on or before December 23, 2020 (28 days after the last date of publication, which was November 25, 2020).

5. Giles has not filed an answer or other responsive pleading and is in default.

6. Fed. R. Civ. Proc. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must entry the party's default."

7. A default must enter against Giles under Fed. R. Civ. Pro. 55(a).

8. This Motion for Entry of Default against Defendant Jeffrey Giles is supported by the Affidavit of Jennifer B. Brougham, appended as **Exhibit A**.

### Requested Relief

Plaintiff American Honda Finance Corporation respectfully requests that this Court enter a Default against Defendant Giles for failure to plead or otherwise defend and grant such further and additional relief as this Court deems just and proper.

January 7, 2021

*/s/ Jennifer B. Brougham*
James R. Bruinsma (P48581)
Jennifer B. Brougham (P81274)
Attorneys for American Honda Finance Corporation
**McShane & Bowie, P.L.C.**
99 Monroe Avenue NW, Suite 1100
Grand Rapids, MI 49503
(616) 732-5000
jrb@msblaw.com

650008

2