# United States District Court
Western District of Michigan
Southern Division

**American Honda Finance Corporation**,
a California corporation,

    Plaintiff

v

**Fast Lane Powersports, Inc.**,
a Michigan corporation, and

**Jeffrey Giles**,
an individual,

    Jointly and Severally,

    Defendants.

Case No. 1:20-cv-245

Honorable Hala Y. Jarbou

## Plaintiff's Motion for Entry of Default Judgment Against Defendants Fast Lane Powersports, Inc. and Jeffrey Giles

In accordance with Fed. R. Civ. P. 55 (b)(1), Plaintiff American Honda Finance Corporation (**AHFC**) requests that a default judgment be entered against Defendants Fast Lane Powersports, Inc. (**Fast Lane**) and Jeffrey Giles (**Giles**), jointly and severally, for a sum that can be made certain by computation as set forth in the Complaint. In support, AHFC states as follows:

1. Defaults have been entered against both Fast Lane and Giles under Fed. R. Civ. Proc. 55(a) for failure to plead or otherwise defend in this action. (See ECF No. 14, PageID.188; ECF No. 23, PageID.356.)

2. As set forth in the Complaint, Fast Lane and Giles are indebted to AHFC in the amount of $78,531.74. (*See* ECF No. 6, PageID.83, 89, 92; ECF No. 6-4, PageID.156 at ¶ 11; ECF No. 6, PageID.87–88; ECF No. 6-3, PageID.145.)

3. As set forth in the Complaint, Fast Lane and Giles agreed to pay all costs and expenses incurred by AHFC, including costs and attorney fees incurred in connection with enforcing AHFC's rights under the Wholesale Finance Agreement and Continuing Personal Guaranty. (See ECF No. 6-1, PageID.103, 118; ECF No. 6, PageID.88 at ¶ 14; ECF No. 6-3, PageID.150.)

4. Pursuant to Fed. R. Civ. Proc. 55(b)(1), the Clerk of this Court should enter a default judgment against Fast Lane and Giles:

> If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

5. A default judgment should be entered against Fast Lane and Giles in the principal amount of $ $78,531.74 (*see* ECF No. 6, PageID.83, 89, 92; ECF No. 6-4, PageID.156 at ¶ 11), plus statutory interest from March 20, 2020 through January 12, 2021 in the amount of $1,286.90, statutory interest until paid in full, costs in the amount of $1,231.59, and attorney fees in the amount of $7,040.00.

6. A copy of a proposed Entry of Default Judgment is attached as **Exhibit A**.

7. This Motion for Entry of Default Judgment against Fast Lane and Giles is supported by the Affidavit of Jennifer B. Brougham, appended as **Exhibit B**, which provides the basis for the amount of the Default Judgment to be entered against Fast Lane and Giles.

## Requested Relief

Plaintiff American Honda Finance Corporation respectfully requests that this Court enter a Default Judgment against Defendants Fast Lane Powersports, Inc. and

Jeffrey Giles in the amount of $78,531.74, plus statutory interest from March 20, 2020 through January 8, 2021 in the amount of $1,286.90, statutory interest until paid in full, costs in the amount of $1,231.59, and attorney fees in the amount of $7,040.00, and to provide such further and additional relief as this Court deems just and proper.

January 12, 2021

*Jennifer B. Brougham*

James R. Bruinsma (P48531)
Jennifer B. Brougham (P81274)
Attorneys for American Honda Finance Corporation
**McShane & Bowie, P.L.C.**
99 Monroe Avenue NW, Suite 1100
Grand Rapids, MI 49503
(616) 732-5000
jrb@msblaw.com
jjb@msblaw.com

650018

3