UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN HONDA FINANCE
CORPORATION,

    Plaintiff,

v.

FAST LANE POWERSPORTS, INC., et al.,

    Defendants.
_____/

Case No. 1:20-cv-245

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the Order entered this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff against all Defendants. Defendants are jointly and severally liable for $78,531.74 in damages, $1,286.90 in statutory interest,[1] and reasonable costs and attorney's fees to be determined at a later date.

Dated: February 12, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

---

[1] Calculated as of January 12, 2021.  Plaintiff may submit an updated calculation that accounts for interest accrued through the date of this Judgment.